# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF MICHAEL KEATING BY MARIE KEATING, et al | : : : | CIVIL ACTION |
| v. | : : | |
| COATESVILLE VA MEDICAL CENTER, et al | : | NO. 10-2672 |

## ORDER

**AND NOW**, this 2nd day of November, 2010, upon consideration of the United States of America's Motion to Dismiss All Claims Except Those Brought by Marie Keating on Behalf of the Estate of Michael Keating (Document No. 17), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion is **GRANTED** as to the loss of consortium claim;

2. The loss of consortium claim is **DISMISSED**;

3. In all other respects, the motion is **DENIED**.

       /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.